UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20269-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOE REINA DE LA CRUZ, et al

    Defendants.
_____/

IN RE:

LV LENDING LLC

    Third-Party Petitioner
_____/

## ORDER

This matter having come before the Court upon Petitioner LV Lending LLC's Motion for Protective Order against Government's Taking of Depositions of Ricardo Uribe and Camilo Nino, ECF No. 348, and having reviewed the United States' Response in Opposition to Petitioner's Motion for Protective Order Regarding Depositions, ECF No. 349, and for the reasons stated therein, it is hereby **ORDERED** that Petitioner's Motion for Protective Order, ECF No. 348, is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of August 2019.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE